UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUBEN ALBERTO DELGADO, JR.,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 20-cv-00931-JPG

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ruben Alberto Delgado, Jr.'s action filed pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Ruben Alberto Delgado Jr., and that this case is dismissed with prejudice.

DATED: September 16, 2022

**MONICA A. STUMP, Clerk of Court**
**s/Tina Gray, Deputy Clerk**

Approved:    s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**